**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ADOLPH R.O. WRIGHT-EL, | : | No. 56 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| REVENUE, LUZERNE COUNTY HOME | : | |
| RULE, JACQUELINE COOK, DAVID | : | |
| KRAUS, SCOTT SHEARER, ROMIDA P. | : | |
| CROCAMO, DAVID DEDRI, JOAN | : | |
| HOGGARTH, JUDGE MICHAEL T. | : | |
| VOUGH, LINDA MCCLOSKY HOUCK, | : | |
| TOM WOLF, A. TAYLOR WILLIAMS, | : | |
| PAMELA MCGRANAGHAN, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Applications to Quash are **DISMISSED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.